DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEATRICE COLEAU-DESLANDES,**
Appellant,

v.

**SPECIALIZED LOAN SERVICING, LLC, SUNSET LAKES MASTER
ASSOCIATION, INC., CITY OF MIRAMAR, FLORIDA** and **FLORIDA
HOUSING FINANCE CORPORATION,**
Appellees.

No. 4D17-2058

[April 12, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE-15-007392 (11).

Kenneth Eric Trent, Fort Lauderdale, for appellant.

William L. Grimsley and Joseph A. Apatov of McGlinchey Stafford, Jacksonville, for appellee, Specialized Loan Servicing, LLC.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***